

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| v. | | Case No. |
| PATRICK LEE GRAYDON | (01) | |
| TAMMY SUE JANICEK<br>a/k/a Southside Tammy | (02) | 4-16CR-136-A |

# INFORMATION

The United States Attorney Charges:

## Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before January 2014, and continuing until in or around January 2015, and beyond, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendants **Patrick Lee Graydon**, **Tammy Sue Janicek**, also known as Southside Tammy, and Tonya Blackwood, not named as a defendant herein, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(C), namely to possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

Information - Page 1

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(C)).

JOHN R. PARKER
UNITED STATES ATTORNEY

/s/ Shawn Smith

SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.252.5455

Information - Page 2