IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:16-CR-136-A |
| | § | |
| PATRICK LEE GRAYDON, ET AL. | § | |

## O R D E R

After having reviewed the presentence report pertaining to defendant **PATRICK LEE GRAYDON** ("Graydon"), Graydon's objections thereto, and the other sentencing items, the court tentatively has concluded that all objections made by Graydon to the presentence report and addendum are without merit. The parties should take such tentative conclusion into account in making decisions as to the presentations to be made at the sentencing hearing.

THE COURT SO ORDERS.

SIGNED November 9, 2016.

_____
JOHN McBRYDE
United States District Judge